IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

FILED
MAY - 8 2019
Clerk, U.S. District Court
Texas Eastern

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § | |
| v. | § § § | No. 4:19CR 116<br>Judge Crone |
| DANIEL FRANKLIN HEATH | | |

## INDICTMENT

THE UNITED STATES GRAND JURY CHARGES:

### Count One

Violation: 18 U.S.C. § 2422(b)
(Coercion and Enticement of a Minor)

Between in or about December 2017, and on or about April 11, 2019, in the Eastern District of Texas, and elsewhere, **Daniel Franklin Heath**, defendant, did use any facility of interstate and foreign commerce, to knowingly persuade, induce, entice, and coerce any individual who had not attained the age of 18 years to engage in any sexual activity for which any person could be charged with an offense, including 18 U.S.C. § 2251(a), sexual exploitation of children. Specifically, **Daniel Franklin Heath** did use an LG model VS988 cellular phone to persuade, induce, entice, and coerce Victim 1, a minor known to the Grand Jury, to engage in sexually explicit conduct for the purpose of creating a visual depiction of such conduct, knowing that such depiction would be transmitted in interstate and foreign commerce.

In violation of 18 U.S.C. § 2422(b).

## NOTICE OF INTENTION TO SEEK CRIMINAL FORFEITURE

Upon conviction of the offense alleged in this Indictment, the defendant, **Daniel Franklin Heath**, shall forfeit to the United States his interest in the following property, including, but not limited to:

1. LG model VS988 cellular phone, serial number 704KPFX0154491, and bearing IMEI # 3552 7308 3509 913.

This property is forfeitable pursuant to 18 U.S.C. §§ 2428(a)(1) and 2428(b)(1)(A) based upon the property being:

(1) any property, real or personal, that was used or intended to be used to commit or to facilitate the commission of a violation of 18 U.S.C. § 2422(b);

By virtue of the commission of the offense alleged in this Indictment, any and all interest the defendant has in this property is vested in and forfeited to the United States pursuant to 18 U.S.C. §§ 2428(a)(1) and 2428(b)(1)(A), and 28 U.S.C. § 2461(c).

A TRUE BILL

_____
GRAND JURY FOREPERSON

JOSEPH D. BROWN
UNITED STATES ATTORNEY

_____       Date: 5/8/19
MARISA J. MILLER
Assistant United States Attorney

Indictment
Page 2

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § | |
| v. | § § | No. 4:19CR |
| DANIEL FRANKLIN HEATH | § § | Judge |

## **NOTICE OF PENALTY**

### **Count One**

Violation:   18 U.S.C. § 2422(b)

Penalty:   Imprisonment for not less than ten years and not more than life; a fine of not more than $250,000; and a term of supervised release of not less than five years to life.

Special Assessment: $ 100.00

Notice of Penalty
Page 1