IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | No. 4:19CR116 |
| v. | § | Judge Crone |
| | § | |
| DANIEL FRANKLIN HEATH | § | |

## **ELEMENTS OF THE OFFENSE**

The defendant, **Daniel Franklin Heath (Heath)**, is charged in Count One of the Indictment with violating 18 U.S.C. § 2422(b) (Coercion and Enticement). The elements of the offense that the government must prove beyond a reasonable doubt, but that **Heath** would admit if his plea is accepted, are:

1. The defendant knowingly persuaded, induced, enticed, or coerced an individual to engage in any sexual activity, as charged;

2. The defendant used a means and facility of interstate and foreign commerce to do so;

3. The defendant believed that such individual was less than 18 years of age; and

4. The sexual activity constitutes a violation of 18 U.S.C. § 2251(a) (Sexual Exploitation of Children).

Respectfully submitted,

JOSEPH D. BROWN
UNITED STATES ATTORNEY

/s/
Marisa J. Miller
Assistant United States Attorney
New York Bar No. 4366415
101 East Park Boulevard, Suite 500
Plano, Texas 75074
(972)509-1201
(972)509-1209 (fax)
Marisa.Miller@usdoj.gov

## **CERTIFICATE OF SERVICE**

I certify that a copy of this document was served by electronic filing to opposing counsel on September 16, 2019.

/s/
Marisa J. Miller